UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

**MICHEAL ATTAWAY**,
 Plaintiff,

v.

**DOUGLAS COUNTY COURT CLERK'S OFFICE**,
 **OMAHA POLICE DEPARTMENT**,
 **CRAWFORD COUNTY JAIL**,
 **ILLINOIS DEPARTMENT OF CORRECTIONS**,
 **NEBRASKA PROSECUTOR(S)**,
 **NEBRASKA PUBLIC DEFENDER'S OFFICE**,
 Defendants.

---

**COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C. § 1983**

---

## JURISDICTION AND VENUE

This Court has jurisdiction under 28 U.S.C. § 1331 and 42 U.S.C. § 1983, as the claims arise under the Constitution and laws of the United States. Venue is proper in this district as the Plaintiff resides within this jurisdiction and has suffered deprivation of rights affecting his ability to seek legal redress in Nebraska.

---

## PARTIES

**Plaintiff:**
 MICHEAL ATTAWAY is a resident of Champaign, Illinois, and a pro se litigant who has attempted to exercise his constitutional right to access the courts for nearly three years, only to be obstructed by the Defendants.

**Defendants:**

1. **OMAHA COUNTY COURT CLERK'S OFFICE**: The Clerk's Office of Omaha County, responsible for processing legal filings.

2. **OMAHA POLICE DEPARTMENT**: The law enforcement agency responsible for executing and maintaining records related to the Plaintiff's case.
3. **CRAWFORD COUNTY JAIL**: The correctional facility where Plaintiff was held.
4. **ILLINOIS DEPARTMENT OF CORRECTIONS**: The state department that oversees correctional facilities, including where Plaintiff was incarcerated.
5. **NEBRASKA PROSECUTOR(S)**: The attorneys responsible for prosecuting the criminal case against Plaintiff.
6. **NEBRASKA PUBLIC DEFENDER'S OFFICE**: The office responsible for appointing and representing Plaintiff's legal defense in the criminal matter.

---

STATEMENT OF CLAIMS/FACTS

1. **Plaintiff's Legal History and Repeated Filing Attempts**:
    Since 2021, Plaintiff has sought to file multiple motions and legal documents related to criminal charges against him in Nebraska. These filings were made in good faith, based on the belief that he could clear his name and challenge an unlawful warrant. Despite Plaintiff's consistent efforts, the Defendants have continuously rejected or ignored his attempts to file, denying him his right to access the courts.

2. **Repeated Rejection of Filings**:
    Plaintiff has attempted to submit filings on numerous occasions, including motions to dismiss, motions for leave to proceed pro se, and requests for certified copies of court records. Every attempt was met with rejection or delay, resulting in additional expenses. Each rejected filing, whether by the Omaha County Court Clerk's Office or other involved parties, has hindered Plaintiff's ability to address charges against him.

3. **Specific Instances of Filing Rejection**:
    Most recently, Plaintiff mailed documents via certified mail, only to have the paperwork returned with handwritten notes stating:

    - "Forms aren't for county court"
    - "Each motion must be filed separately"
    - "Please correct and resend"
      This rejection prevented Plaintiff from advancing his legal case and sought redress through the courts.

4. **Public Defender's Actions**:
    The Nebraska Public Defender's Office, despite being aware of Plaintiff's evidence and attempts to assert his legal rights, has failed to provide adequate legal representation. The appointed public defender even admitted to planning to seek a court order that would

require Plaintiff to be incarcerated in Nebraska. This action is not only unnecessary but unconstitutional, as it would violate Plaintiff's due process rights given that he has not been afforded a fair opportunity to present exonerating evidence in the case.

5. **Incarceration and Probation**:
    Plaintiff was previously incarcerated for 24 hours in the Nebraska Department of Corrections but was released after an arraignment hearing. Since that time, Plaintiff has technically been on probation, although he has not received any direct communication or instructions regarding probation requirements. Due to being locked up in Illinois, Plaintiff no longer has access to the contact information needed to comply with probation procedures.

6. **Constitutional Violations and Denial of Rights**:
    The actions of the Defendants, including the obstruction of Plaintiff's legal filings, failure to process motions in a timely manner, and the improper suggestion of unlawful incarceration, have violated Plaintiff's constitutional rights under the First, Fifth, and Fourteenth Amendments. These actions have prevented Plaintiff from accessing the courts and defending himself against the charges, resulting in ongoing harm.

## CLAIMS FOR RELIEF

### COUNT I – VIOLATION OF THE FIRST AMENDMENT RIGHT TO ACCESS THE COURTS
Defendants' refusal to file Plaintiff's legal documents and obstruct his access to the courts violates his First Amendment right to petition the government for redress of grievances.

### COUNT II – VIOLATION OF THE FOURTEENTH AMENDMENT DUE PROCESS CLAUSE
Defendants' actions have deprived Plaintiff of his fundamental rights, including the right to due process, by obstructing his ability to contest the charges and outstanding warrant against him, violating the Fourteenth Amendment.

### COUNT III – VIOLATION OF THE FIFTH AMENDMENT DUE PROCESS
Defendants' actions have denied Plaintiff a meaningful opportunity to present exonerating evidence and to challenge the criminal charges against him, in violation of the Fifth Amendment.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

A. **Declare** that the actions of the Defendants violate the First, Fifth, and Fourteenth Amendments to the United States Constitution;

B. **Issue an injunction** compelling Defendants to immediately process and file all of Plaintiff's previously submitted motions and any future filings;

C. **Award compensatory damages** for the financial costs Plaintiff has incurred in attempting to access the courts, in an amount no less than $10,000;

D. **Award punitive damages** against Defendants for their egregious conduct in an amount to be determined at trial;

E. **Grant any further relief** the Court deems just and proper.

### REQUEST FOR ANSWERS

Plaintiff respectfully requests that the Defendants provide answers to the following questions:

1. Why were Plaintiff's motions and filings repeatedly rejected despite Plaintiff's efforts to comply with all stated requirements?
2. What specific grounds did the Omaha County Court Clerk's Office rely on to refuse processing Plaintiff's legal documents?
3. Why was the security footage, which could have exonerated Plaintiff, not obtained or presented during any stage of the proceedings?
4. On what legal or ethical basis did the public defender agree to seek a court order for Plaintiff to be remanded into custody, given the evidence that could potentially exonerate him?
5. Why did the Defendants take no action in this case for nearly three years, despite having knowledge of Plaintiff's legal standing and attempts to proceed with his case?
6. What steps will be taken to rectify the ongoing violations of Plaintiff's constitutional rights and prevent further obstruction of his legal access?

**Respectfully submitted,**
**MICHEAL ATTAWAY**
**Plaintiff, Pro Se**